

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00073-CR

Jose M. **FLORES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR8346W
Honorable Catherine Torres-Stahl, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED for want of jurisdiction.

SIGNED March 28, 2018.

_____
Rebeca C. Martinez, Justice